UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUSAN PUNGITORE, individually and
on behalf of her minor child "SP,"
                              Plaintiffs,

vs.

JUDY BARBERA, as Assistant
Superintendant of Schools and
Individually,
DR. DOUGLAS ADAMS, as
Superintendant of Schools and RAMAPO
CENTRAL SCHOOL DISTRICT,
                              Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Docket Number:
7:11-cv-06249-VLB-GY

Hon. Vincent L. Briccetti,
U.S.D.J.

Hon. George Yanthis,
U.S.M.J.

## SCHEDULING ORDER

It is hereby ORDERED that Plaintiffs' time to reply to Defendants' opposition to Plaintiffs' Motion to Serve Late Notice of Claim is extended three (3) weeks, from November 28, 2011 (because November 24, 2011 is a holiday) to December 19, 2011.

It is hereby further ORDERED that Plaintiffs' time to respond to Defendants' Motion to Dismiss is extended three (3) weeks, from December 2, 2011, to December 23, 2011. Defendants' deadline to reply to Plaintiffs' opposition is extended to December 30, 2011, absent a request for adjournment by Defendants.

Dated: White Plains, New York
       November 21, 2011

_____
Hon. Vincent L. Briccetti, U.S.D.J.

Clerk is directed to terminate redundant motions (Doc # 25 and Doc # 26).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-22-11